# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**KEITH A. HEWITT,**

      Petitioner,

      V.                                      CASE NUMBER: **05-C-1079**

**JUDY SMITH**,

      Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Keith A. Hewitt's petition pursuant to Title 28, United States Code, Section 2254, is DENIED. This action is hereby DISMISSED.**

    June 7, 2006                                                    SOFRON B. NEDILSKY

Date                                                                      Clerk

                                                                           s/ Linda M. Zik

                                                                           (By) Deputy Clerk