# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KEITH A. HEWITT,**

        Petitioner,

-v-                                            Case No. 05-C-1079

**JUDY SMITH,**

        Respondent.

## DECISION AND ORDER

On June 7, 2006, this Court dismissed Keith Hewitt's petition for a writ of habeas corpus. Hewitt subsequently filed a motion for reconsideration arguing, once again, that his trial counsel was ineffective. Hewitt's motion is denied. The Court will not reiterate the reasons for denying Hewitt petition other than emphasizing again that Hewitt has failed to show how the result of his trial would have been different.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**

Hewitt's Motion for Reconsideration (Docket No. 12) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 21st day of June, 2006.

                                                                             **SO ORDERED,**

                                                                             s/ Rudolph T. Randa
                                                                             **HON. RUDOLPH T. RANDA**
                                                                             Chief Judge